IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:06CR153 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) | |
| | ) | |
| **JEREMY JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter came before the Court on the Motion of the Defendant for an order to seal his Motion to Review Detention, Request for Evidentiary Hearing, and Request the Matter be Sealed.  **See** Filing No. 57.

    The Court, being fully advised in the premises, finds that the Motion should be granted.

    **IT IS ORDERED** that the document named in Defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal.

    DATED this 10th day of July, 2006.

                                                            BY THE COURT:

                                                            s/Thomas D. Thalken
                                                           United States Magistrate Judge