# In the United States District Court
# For the District of Nebraska

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR153** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **JEREMY JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on the Defendant's motion for an order to seal his unopposed motion to continue sentencing (Filing No. 121).

IT IS ORDERED:

1. The Defendant's motion to seal his unopposed motion to continue sentencing (Filing No. 121) is granted; and

2. The Defendant's motion to continue sentencing shall be filed under seal.

DATED this 3rd day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge